| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Donald Iwuchuku, Esq.**<br>**LAW OFFICES OF DONALD IWUCHUKU**<br>**2600 W. Olive St., Ste 500**<br>**Burbank, CA 91505**<br>**818.333.5035 Fax: 213.805.8040**<br>California State Bar Number: **181726 CA**<br>**donaldiwuchuku@gmail.com** | |

☐ Individual appearing without attorney
☑ Attorney for DEBTOR

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Carlos Estevan Martinez**<br><br><br><br><br>                                                    Debtor(s) | CASE NO.: **1:26-bk-10662-VK**<br>CHAPTER: **13**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]):<br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE** |

PLEASE TAKE NOTE that the order titled  **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE** was lodged on
(date)  **4/09/2026**   and is attached. This order relates to the motion which is docket number   **10**   .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**2600 W. Olive St., Ste 500**
**Burbank, CA 91505**

A true and correct copy of the foregoing document entitled (*specify*):   **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY**
**CASE RE  NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE**
**AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**   will be served or was served **(a)** on the judge in chambers in the form
and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On __4/09/2026__, I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

**Donald Iwuchukwu on behalf of Debtor Wilson Lee Ramos**
**donaldiwuchuku@gmail.com, r60703@notify.bestcase.com**

**Elizabeth (SV) F Rojas (TR)**
**cacb_ecf_sv@ch13wla.com**

**United States Trustee (SV)**
**ustpregion16.wh.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On __4/09/2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours
after the document is filed.

**Carlos Estavan Martinez**
**14175 Bergstrom Pl.**
**Sylmar, CA 91342**

**Selene Finance LP**
**Attn: Joe Davila, CEO**
**9990 Richmond Ave., Ste 400**
**Houston TX 77042**

**Robertson, Anschutz, Schneid, & Crane LLP**
**c/o Sarah Arlene Dooley-Lewis, Esq.**
**1 Park Plaza, Ste 600**
**Irvine, CA 92614**

**Selene Finance LP**
**Attn: Pam Mandeville, Secretary on behalf of Selene Ventures GP LLC, General Partner**
**9990 Richmond Ave., Ste 400 South**
**Houston, TX 77042**

**Selene Finance LP**
**c/o CSC - LAWYERS INCORPORATING SERVICE**
**2710 GATEWAY OAKS DRIVE, Ste 150N**
**SACRAMENTO, CA 95833**

**U.S. Bank, N.A.**
**c/o Robertson, Anschutz, Schneid, & Crane LLP**
**13010 Morris Rd., Ste 450**
**Alpharetta, GA 30004**

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2        **F 9021-1.2.BK.NOTICE.LODGMENT**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 9, 2026 | Donald Iwuchuku, Esq. | /s/ Donald Iwuchuku, Esq. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Donald Iwuchuku, Esq.**<br>**LAW OFFICES OF DONALD IWUCHUKU**<br>**2600 W. Olive St., Ste 500**<br>**Burbank, CA 91505**<br>**818.333.5035 Fax:  213.805.8040**<br>**181726 CA**<br>**donaldiwuchuku@gmail.com**<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant: DEBTOR* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**CARLOS ESTEVAN MARTINEZ** | CASE NO.: **1:26-bk-10662-VK**<br><br>CHAPTER: **13** |
|---|---|
| | **INTERIM ORDER ☒ GRANTING ☐ DENYING MOTION  FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY** |
| Debtor(s). | ☐ No hearing held<br>☒ Hearing held<br><br>DATE: **May 21, 2026**<br>TIME: **9:30 am**<br>COURTROOM: **301**<br>ADDRESS:  **21041 Burbank Bl. (Zoom.gov), Woodland Hills, CA 91367** |

**Movant** (*name*): **CARLOS ESTEVAN MARTINEZ**

1.　　The Motion was:　　　☐ Opposed　　　☒ Unopposed　☐ Settled by stipulation

2.　　The Motion affects the following property (Property):
　　　☐ Vehicle (*describe year, manufacturer, type and model*):
　　　　　*Vehicle identification number:*
　　　　　*Location of vehicle (if known):*

　　　☐ Equipment (*describe manufacturer, type, and characteristics*):
　　　　　*Serial numbers(s):*
　　　　　*Location (if known):*

　　　☐ Other personal property (*describe type, identifying information, and location*):

"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.
"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

☒ Real property:

> *Street Address:*  **14175 Bergstrom Pl.**
> *Unit Number:*
> *City, State, Zip Code:* **Sylmar, CA 91342**
>
> Legal description or document recording number (*including county of recording*): **APN: 2504-009-029**
>
> ☐ See attached page.

3.    The Motion is granted on the ground that:
  a.    ☒ This case was filed in good faith
  b.    ☒ The Property is of consequential value or benefit to the estate.
  c.    ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
  d.    ☒ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4.    The stay of 11 U.S.C. § 362(a) is
  a.    ☐ Imposed *as to all creditors* until further order of the court.
  b.    ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
  c.    ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
  d.    ☒ Continued *as to all creditors* until further order of the court.
  e.    ☒ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
  f.    ☒ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5.    ☒ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6.    ☐ See attached continuation page for additional provisions.

7.    ☐ The Motion is denied:  ☐ without prejudice  ☐ with prejudice  ☐ on the following grounds:
  a.    ☐ Based upon the filings of fact and conclusions of law made on the record at the hearing
  b.    ☐ Unexcused non-appearance by Movant
  c.    ☐ Lack of proper service
  d.    ☐ Lack of good cause shown for relief from stay
  e.    ☐ Other (*specify)*:

###

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2018*    Page 2    **F 4001-1.IMPOSE.STAY.ORDER**

## ADEQUATE PROTECTION ATTACHMENT

The automatic stay in this case is or remains in effect subject to the following terms and conditions:

1. ☐ The tendered payments at the hearing in the amount of $_____

2. ☐ The Movant must make regular monthly payments in the amount of $_____ commencing _____. All payments due Secured Creditor/Lessor hereunder must be paid to the following address:

3. ☐ The Movant must cure the postpetition default computed through _____ in the sum of $_____ as follows:
   a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____,

   b. ☐ By paying the sum of $_____ on or before _____,

   c. ☐ By paying the sum of $_____ on or before _____,

   d. ☐ By paying the sum of $_____ on or before _____,

   e. ☐ Other:

4. ☐ The Movant shall maintain insurance coverage on the Property and must remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ Upon any default in the foregoing terms and conditions, Secured Creditor/Lessor must serve written notice of default to Movant, and any attorney for Movant.  If Movant fails to cure the default within 14 days after mailing of such written notice:
   a. ☐ The stay shall automatically terminate without further notice, hearing or order.

   b. ☐ Secured Creditor/Lessor may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the court may grant without further notice or hearing.

   c. ☐ The Secured Creditor/Lessor may move for relief from the stay upon shortened notice in accordance with the LBRs.

   d. ☐ The Secured Creditor/Lessor may move for relief from the stay on regular notice.

6. ☐ Notwithstanding anything contained herein to the contrary, the Movant is entitled to a maximum of (*number*) _____ notices of default and opportunities to cure pursuant to the preceding paragraph.  Once a Movant has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Secured Creditor/Lessor is relieved of any obligation to serve additional notices of default and provide additional opportunities to cure.  If an event of default occurs thereafter, Secured Creditor/Lessor is entitled, without first serving a notice of default and providing the Movant with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Movant's failures to perform hereunder, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

7. ☐ The foregoing terms and conditions are binding only during the pendency of this bankruptcy case.  If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions cease to be binding and Secured Creditor/Lessor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

8. ☐ If Secured Creditor/Lessor obtains relief from stay based on Debtor's defaults hereunder, the order granting that relief may contain a waiver of the 14-day stay created by FRBP 4001(a)(3).

9. ☐ Secured Creditor/Lessor may accept any and all payments made pursuant to this order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

10. ☒ Other (*specify*): This interim order granting the relief sought shall be good through and including MAY 21, 2026, at which time the continued hearing on this matter shall be heard.  The deadline to file a response is 14-days prior thereto.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2018*                                    Page 3                          **F 4001-1.IMPOSE.STAY.ORDER**